## OSCAR PEERY v. STATE.

No. A-2039. Opinion Filed May 9, 1914.

Appeal from County Court, Grady County;
N. M. Williams, Judge.

Oscar Peery was convicted of a misdemeanor, and appeals. Appeal dismissed.

Bond, Melton & Melton, for plaintiff in error.

PER CURIAM. Plaintiff in error was tried and convicted upon an information, which charged that he did willfully and unlawfully point at and towards one A. B. Hoblett, a certain deadly weapon, to wit, a shot gun. On April 28, 1913, judgment was entered, and he was sentenced to be confined in the county jail for a term of three months and to pay a fine of fifty dollars. To reverse this judgment an appeal was perfected. Plaintiff in error has filed a motion to dismiss his appeal herein. The motion to dismiss is sustained.